**E-FILED 02-10-11**
**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Won Sun Jung, | NO. CV 10-7682 GHK (SSx) |
| **Plaintiff,** | |
| v. | **Judgment** |
| NBGI, Inc., American Title Company Los Angeles, Unknown Mortgage Broker, Mortgage Electronic Registration Systems, Inc. | |
| **Defendants.** | |

Pursuant to our January 25, 2011 Order, **IT IS HEREBY ADJUDGED** that the action against Defendant Mortgage Electronic Registration Systems, Inc. is **DISMISSED with prejudice**.  Pursuant to our February 10, 2011 Order, **IT IS HEREBY ADJUDGED** that the action against NBGI, Inc., American Title Company Los Angeles, and Unknown Mortgage Broker is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: February 10, 2011

_____
GEORGE H. KING
United States District Judge